**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

---

UNITED STATES OF AMERICA,

Plaintiff,

v. Case No. 26-CR-013

JHONY MARCHENA, et al.,

Defendants.

---

**ORDER GRANTING MOTION TO DISMISS PROPERTY FROM FORFEITURE NOTICE OF THE INDICTMENT (DKT. NO. 77)**

---

On October 29, 2026, the government filed a motion asking the court to dismiss properties from the forfeiture notice of the Indictment, under Rule 48(a) of the Federal Rules of Criminal Procedure. Dkt. No. 77. Based on the representations in the government's motion, the court **GRANTS** the motion and **ORDERS** that the following properties, be, and hereby are, **DISMISSED** without prejudice from the forfeiture notice of the Indictment filed on January 27, 2026:

1. a .38 caliber Taurus revolver bearing serial number LY24248;
2. a black 9mm Glock 17 Gen 5 pistol bearing serial number BGEY858 and containing an extended magazine; and
3. a black 9mm Ruger Security-9 bearing serial number 348-2334.

Dated at Milwaukee, Wisconsin, this 2nd day of November, 2026.

**BY THE COURT:**

**HON. PAMELA PEPPER**
**United States District Judge**